JAMES v. EQUITABLE MORTGAGE COMPANY et al.

EVANS, P. J.   A judgment may be set aside on motion in a proper case; but the movant can not, in a single proceeding, have three separate and distinct judgments vacated.   Accordingly, where three fi. fas. are levied on the same land, and to each levy a claim is filed by the same person, and an order is taken to consolidate and try the different cases as one case, and a verdict is rendered finding the property subject to each fi. fa., upon which verdict separate judgments are entered, a motion to set aside the three judgments is properly dismissed.

*Judgment affirmed.   All the Justices concur.*

Argued January 16,—Decided February 7, 1908.

Motion to set aside judgment.   Before Judge Edwards.   Douglas superior court.   July 2, 1907.

*W. A. James,* for plaintiff in error.

*Roberts & Hutcheson,* contra.